IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTHEASTERN PLASTICS, INC. AND TRADER PROPERTIES, LLC, <br><br> PLAINTIFFS, <br><br> v. <br><br> ALTERRA EXCESS AND SURPLUS LINES INSURANCE COMPANY AND MARKEL SERVICES, INC., <br><br> DEFENDANTS. | Civil Action No. 4:17-cv-03298 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Northeastern Plastics, Inc. and Trader Properties, LLC ("Plaintiffs") and Defendants Alterra Excess and Surplus Lines Insurance Company and Markel Services, Inc. ("Defendants") file this joint stipulation of dismissal of all claims in the above-captioned lawsuit. This notice disposes of this action in its entirety.

1.  The Original Petition was filed on September 25, 2017.

2.  The case was removed to this Court on October 31, 2017.

3.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed R. Civ. P. 41(a).

1

4. Accordingly, the parties file this Joint Stipulation of Dismissal with the intention of dismissing all claims asserted in this case under FRCP 41(a)(1)(A)(ii) with prejudice to refiling.

Date: December 11, 2018

Respectfully submitted,

**THE LANE LAW FIRM, P.L.L.C.**

By: */s/ Robert C. Lane*
Robert "Chip" Lane
State Bar No. 2404626
S.D. No. 570982
chip.lane@lanelaw.com
Jack D. Kitchen
State Bar No. 24084320
S.D. No. 1708841
kitchen@lanelaw.com
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ Cyrus W. Haralson*
Texas State Bar No. 24065371
S.D. Tex. Bar No. 1542111
Charalson@thompsoncoe.com
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299
**ATTORNEYS FOR DEFENDANTS**