United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTHEASTERN PLASTICS, INC. AND TRADER PROPERTIES, LLC, <br><br> PLAINTIFFS, <br><br> v. <br><br> ALTERRA EXCESS AND SURPLUS LINES INSURANCE COMPANY AND MARKEL SERVICES, INC., <br><br> DEFENDANTS. | Civil Action No. 4:17-cv-03298 |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Joint Stipulation of Dismissal with Prejudice, the Court will grant the relief requested. It is therefore

ORDERED that all claims brought in this matter by Northeastern Plastics, Inc. and Trader Properties, LLC are dismissed with prejudice and that each party shall bear its own costs and attorney's fees. It is further

ORDERED that this case is hereby closed.

Signed this 12TH day of December, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE